UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | No. 3:14-00071 |
| v. | ) | |
| | ) | **FILED UNDER SEAL** |
| JOHN BROWN | ) | |
| JOE FUQUA | ) | |
| MICHAEL GREGORY | ) | |
| JOSEPH MARTY JONES | ) | |
| CHARLES RAGAR | ) | |
| KEVIN PIERCE | ) | |
| RONNIE SHUBIN | ) | |
| ROBERT TRAMMEL | ) | |

## ORDER

This matter comes before the Court on the United States' Motion to Seal Indictment. It is hereby ordered that:

The Motion is granted and the Indictment is ordered sealed, pending further order of the Court, except that a copy of the Indictment: (a) shall be provided by the Clerk's office to the United States Marshals Service ("USMS") to permit the USMS to perform its statutorily-authorized duties; and (b) may be provided by the United States to each defendant or to counsel to any defendant after any defendant is arrested.

The Clerk is directed to file this Order and related matters under seal and, except for a copy of the Indictment the Clerk shall provide to the USMS, to serve the Indictment only on counsel for the United States.

_John Bryant, USMJ_

Dated: April 16, 2014

3